UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENE TONIQUE WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT JOE BIDEN, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 22-0975 (UNA) |

**MEMORANDUM OPINION**

This matter is before the Court on review of this *pro se* plaintiff's application to proceed *in forma pauperis* and her civil complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint alleges hardly any facts, and otherwise falls short of the minimum pleading standard set forth in Rule 8(a). Missing are statements establishing the grounds for this Court's jurisdiction, and a statement of the claim showing that the plaintiff is entitled to relief, and a demand for any particular relief.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: May 27, 2022                                    TREVOR N. McFADDEN
                                                      United States District Judge